DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RACHEL PAPLOW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1389

[November 1, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2012-CF-004984-AXXX-MB.

Bryan Raymond of the Law Office of Bryan Raymond, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ. concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***